CERTIFICATE OF SERVICE

I, WILLIAM H. OLTARSH, being duly admitted to practice law in the Courts of the State of New York, hereby affirms under penalty of perjury that I served a copy of the within Summons and Complaint by regular mail by depositing same in a post paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service addressed to the following person:

Alberto Gonzalez, Attorney General
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
1331 Pennsylvania Avenue N.W.
Suite 700S
Washington, D.C. 20530

And I caused a copy of the within Summons and Complaint to be personally served to either of the following persons:

Mary Ann Gantner
District Director
U.S. Citizenship & Immigration Services
26 Federal Plaza
New York, NY 10007

and U.S. Attorney for the Southern District of N'
86 Chambers Street
New York, NY 10007

on this 7th day of June, 2007

_____
William H. Oltarsh