# OLTARSH & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

RECEIVED
JUL 11 2007
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

494 Eighth Avenue, Suite 1704
New York, NY 10001
Tel: (212) 944-9420
Fax: (212) 944-9120
E-mail: info@oltarsh.com
www.oltarsh.com

USDC
DOC
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/07

July 11, 2007

By FAX #212-805-7921

Hon. Sidney H. Stein, U.S.D.J.
Southern District of New York

MEMO ENDORSED

Re: **Adel Salem Attalla & Faten Guirguis Attalla, Plaintiffs
vs Immigration & Naturalization Service, et al, Defendants
Case Number: 07 Civ. 4849**

Dear Judge Stein:

As attorney for the plaintiffs in the above captioned action, you have directed me to appear in courtroom 23A on July 12, 2007 at 11:00 A.M. for an initial case management conference pursuant to Fed. R. Civ. P. 16. The purpose of this, as you advised, is to discuss the progress of the case and the scheduling of discovery proceedings, etc.

I respectfully request an adjournment of this conference because the defendants have not yet answered the complaint. The government has 60 days to answer and the case was only filed on the 7th of June, 2007; hence, the government has until August 7, 2007 to answer. Also, from my experience in cases against the Immigration Service, the government usually asks for an additional 30 days to answer which I generally do not oppose; hence, it is not unlikely that the answer will not arrive until on or before the 7th of September, 2007.

I spoke to the Assistant U.S. Attorney for the Office of the Southern District of New York this morning who said he does not oppose this Motion and that he told me he has not yet received the administrative file.

Accordingly, I am requesting an adjournment since the issues in this case have not yet been joined.

Respectfully yours,

William H. Oltarsh

If
cc: Matthew Lane Schwartz, Esq.
SDNY
86 Chambers Street
New York, NY 10007
By Fax: (212)637-2750

The conference is adjourned to Sept. 7, 2007 at 10:30
SO ORDERED 7/11/07 q.m.

SIDNEY H. STEIN
U.S.D.J.