

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

August 31, 2007

BY HAND

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 1010
New York, New York 10007

> **Re:**  *Adel Saleh Attalla, et al. v. Immigration & Naturalization Service, et al.,*
> **No. 07 Civ. 4849 (SHS)**

Dear Judge Stein:

     This Office represents the defendants in the above-referenced action, which challenges a decision of the Department of Homeland Security denying the plaintiffs' naturalization application. I write to request a one-month extension of the date for the Government to answer in this case (currently September 7, 2007), and a corresponding adjournment of the initial conference currently scheduled for September 7, 2007. The principal reason for this request is that I received the file in this case from DHS only yesterday, and so require the additional time to review the administrative record and prepare our answer accordingly. This is the second adjournment of the answer/initial conference date, and the first such request by the Government. Plaintiff's counsel consents to these requests, and further asks that the initial conference be scheduled after October 8, 2007, to accommodate his existing travel plans.

     Thank you for your consideration of these requests.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
MATTHEW L. SCHWARTZ
Assistant United States Attorney
Telephone: (212) 637-1945
Facsimile: (212) 637-2750
E-mail: matthew.schwartz@usdoj.gov

cc:    <u>BY FACSIMILE</u>

       William H. Oltarsh, Esq.
       Oltarsh & Associates, P.C.
       494 Eighth Avenue, Suite 1704
       New York, New York 10001
       Facsimile:  (212) 944-9120