

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/07

*86 Chambers Street, 3rd Floor*
*New York, New York  10007*

October 5, 2007

BY HAND

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 1010
New York, New York 10007

MEMO ENDORSED

    Re:    *Adel Saleh Attalla, et al. v. Immigration & Naturalization Service, et al.*,
            No. 07 Civ. 4849 (SHS)

Dear Judge Stein:

    This Office represents the defendants in the above-referenced action, which challenges a decision of the Department of Homeland Security denying the plaintiffs' naturalization applications. Enclosed please find a courtesy copy of the Government's answer, which was filed via ECF earlier today.

    In addition, an initial pretrial conference is presently scheduled for October 11, 2007, at 10:30 AM. I am planning to be out of the office that day, and therefore respectfully request that the conference be adjourned to the following week. Plaintiffs' counsel consents to this request. The parties are both available for a rescheduled conference any day the following week (*i.e.*, the week of October 15th), except that Mr. Oltarsh has another hearing scheduled for the morning of Thursday, October 18, 2007.

    Thank you for your consideration of this request.

*The conference is adjourned to Oct. 19, at 10:00 a.m.*

SO ORDERED 10/9/07

SIDNEY H. STEIN
U.S.D.J.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
MATTHEW L. SCHWARTZ
Assistant United States Attorney
Telephone: (212) 637-1945
Facsimile:  (212) 637-2750
E-mail: matthew.schwartz@usdoj.gov

enclosure

cc: <u>BY FACSIMILE</u>

    William H. Oltarsh, Esq.
    Oltarsh & Associates, P.C.
    494 Eighth Avenue, Suite 1704
    New York, New York 10001
    Facsimile: (212) 944-9120