```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ADEL SALEH ATTALLA, *ET ANO*,          :          07 Civ. 4849 (SHS)

               Plaintiffs,          :

     -against-                                    :          ORDER

IMMIGRATION & NATURALIZATION           :
SERVICE, *ET AL.*,
                                       :
               Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A pretrial conference having been held today, with counsel for defendants present and counsel for plaintiffs appearing via telephone,

     IT IS HEREBY ORDERED that:

     1.    There will be a mid discovery status conference on December 14, 2007, at 10:30 a.m.; and

     2.    The last day for completion of discovery is January 18, 2008.

Dated: New York, New York
         October 19, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.