USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ADEL SALEH ATTALLA, *ET ANO*,          :          07 Civ. 4849 (SHS)

                              Plaintiffs,          :

          -against-                    :          ORDER

IMMIGRATION AND NATURALIZATION         :
SERVICE, *ET ANO*,

                                       :

                              Defendants.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

          Plaintiff having requested that this action be withdrawn,

          IT IS HEREBY ORDERED that this action is dismissed with prejudice and

without costs.

Dated: New York, New York
          December 20, 2007

                              SO ORDERED:

                              Sidney H. Stein, U.S.D.J.